UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

GREGORY NEAL NAME,              )
                                )
            Plaintiff,           )
                                )
     v.                          )    CAUSE NO. 3:18-CV-231 PPS
                                )
JOHN DOE,                        )
                                )
            Defendants.          )

OPINION AND ORDER

Gregory Neal Name, a prisoner without a lawyer, has filed a complaint. Name vaguely alleges that an unidentified physician's medical examination resulted in Name's return to segregation and caused him pain and suffering. A document filed *pro se* is to be liberally construed, and a *pro se* complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers . . . ." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007). It appears that Name is attempting to assert an Eight Amendment claim of deliberate indifference to serious medical needs. *See Greeno v. Daley*, 414 F.3d 645, 653 (7th Cir. 2005). However, the complaint offers no details regarding Name's medical condition and no allegations to suggest that the unidentified physician acted with deliberate indifference. Thus it does not include enough detail to state a claim.

Name should file an amended complaint. *See Luevano v. Wal-Mart*, 722 F.3d 1014 (7th Cir. 2013). A copy of this court's approved form – Prisoner Complaint (INND Rev. 8/16) – is available upon request from the prison law library. On the amended complaint, he must put the cause number of this case which is on the first page of this order. He must

explain how the defendant is responsible for providing inadequate medical treatment or for otherwise subjecting him to unconstitutional conditions. He must describe his interactions with the defendant in detail, including names, dates, locations, and how the defendant harmed him. This narrative should be organized in numbered paragraphs.

Accordingly,

(1) Gregory Neal Name is GRANTED until <u>May 2, 2018</u>, to file an amended complaint; and

(2) Gregory Neal Name is CAUTIONED that if he does not respond by that deadline, this case will be dismissed without further notice pursuant to 28 U.S.C. § 1915A because the current complaint does not state a claim.

SO ORDERED on April 18, 2018.

/s/ Philip P. Simon
JUDGE
UNITED STATES DISTRICT COURT